# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JASON DUANE EMERY
ADC #510514                                                   PLAINTIFF

v.                      No. 1:18-cv-55-DPM-BD

WENDY KELLEY, Director, ADC;
DEXTER PAYNE, Deputy Director,
ADC; DeANGELO EARL, Warden,
Grimes Unit; and STEVEN RICKETTS,
Deputy Warden, Grimes Unit                                   DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the partial recommendation, № 14, and overrules Emery's objections, № 15. FED. R. CIV. P. 72(b)(3). Emery's First Amendment claims and his claims for compensatory damages are dismissed without prejudice. His official-capacity claims for damages are dismissed with prejudice. He may proceed with his due process claim related to email censorship.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

2 November 2018