# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JASON DUANE EMERY
ADC #510514                                                              PLAINTIFF

v.                          No. 1:18-cv-55-DPM-BD

WENDY KELLEY, Director, ADC;
DEXTER PAYNE, Deputy Director,
ADC; and DeANGELO EARL,
Warden, Grimes Unit                                                      DEFENDANTS

## ORDER

When Emery voluntarily dismissed his claims against Ricketts, Magistrate Judge Deere withdrew the moot portion of her recommendation. № 32 & № 33. On *de novo* review, the Court adopts the remainder of the partial recommendation, № 30, and overrules Defendants' objections, № 31. FED. R. CIV. P. 72(b)(3). This case is closer to Hammett than Burns. Compare *Hammett v. Cofield*, 681 F.3d 945, 947–48 (8th Cir. 2012) (*per curiam*), *with Burns v. Eaton*, 752 F.3d 1136, 1141–42 (8th Cir. 2014). And if Kelley, Payne, and Earl weren't involved in screening inmate emails, then they can argue that in a motion on the merits. № 31 at 4. Their exhaustion-based motion for summary judgment, № 22, is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 February 2019