# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

JASON DUANE EMERY
ADC #510514                                                                PLAINTIFF

v.                           No: 1:18-cv-55-DPM

WENDY KELLEY, Director, ADC;
DEXTER PAYNE, Deputy Director, ADC; and
DEANGELO EARL, Warden, Grimes Unit                                         DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Joint motion, № 50, granted. Emery's complaint will be dismissed with prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 February 2020