# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**JASON DUANE EMERY**
**ADC #510514**                                                        **PLAINTIFF**

v.                        No: 1:18-cv-55-DPM

**WENDY KELLEY, Director, ADC;**
**DEXTER PAYNE, Deputy Director, ADC; and**
**DEANGELO EARL, Warden, Grimes Unit**          **DEFENDANTS**

## JUDGMENT

Emery's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 February 2020